# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID QUICHOCHO UNCANGCO, JR.,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 13-00059<br>CIVIL CASE NO. 16-00057<br><br>**ORDER ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

Defendant David Quichocho Uncangco, Jr., was convicted of two counts of Hobbs Act Robbery, 18 U.S.C. § 1951(a), and one count of using, carrying, and brandishing a firearm during a crime of violence, 18 U.S.C. § 924(c)(1)(A)(ii). (Judgment, ECF No. 33.)[1] He has now filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 40.)

In his Plea Agreement, Defendant waived "any right to appeal or to collaterally attack any aspect of his conviction or sentence" except for claims of "ineffective assistance of counsel, alleged involuntariness of the Defendant's guilty plea, or alleged prosecutorial misconduct." (Plea Agr., ECF

---

[1] All references to ECF docket entries are to entries made in Case No. 13-cr-00059.

1

No. 11.) Because Defendant's motion to vacate does not allege ineffective assistance of counsel, involuntariness of his guilty plea, or prosecutorial misconduct, the motion is barred by the terms of his Plea Agreement.

Accordingly, Defendant's motion to vacate, set aside, or correct a sentence (ECF No. 40) is DENIED. The Report and Recommendation (ECF No. 46) and Amended Report and Recommendation (ECF No. 47) are **NOT ADOPTED**, and Defendant's objections to the R&R (ECF No. 48) are **OVERRULED**.

To obtain a certificate of appealability, a Petitioner must make a "substantial showing of a denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 481 (2000). This standard is met when "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner." *Welch v. United States*, ___ U.S. ___, 136 S. Ct. 1257, 1259 (2016). Here, the Court finds that reasonable jurists would not disagree with or debate the conclusion that Petitioner is not entitled to relief. Accordingly, a certificate of appealability is **DENIED**.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jun 28, 2018**